# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

David Allen Trapp

    v.                                                                   Case Number: 1:18CV00099

Lexisnexis Risk Solutions, Inc.

# N O T I C E

**Take notice** that a proceeding in this case has been set/re**set** as indicated below:

                PLACE:    U.S. Post Office Building
                               323 E. Chapel Hill St., Durham, NC
COURTROOM NO.:    Second Floor Courtroom
 DATE AND TIME:    June 20, 2018 at 9:30 a.m.
    PROCEEDING:    Initial Pretrial Conference

**Local Rule 16.1(b) provides that the parties must hold their R. 26(f) conference at least 14 days before the scheduled initial pretrial conference and submit to the court their report within 10 days thereafter.** The scheduled initial pretrial conference is automatically canceled upon the submission to the court of the Joint Rule 26(f) Report (LR 16.2). **If parties are unable to reach agreement on a discovery plan and therefore submit separate Rule 26(f) Reports (LR 16.3), they shall appear for the scheduled initial pretrial conference.**

_____

John S. Brubaker, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk

Date:    May 2, 2018

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD