IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID ALLEN TRAPP, )
)
Plaintiff, )
)
v. ) 1:18CV99
)
LEXISNEXIS RISK SOLUTIONS, )
INC., )
)
Defendant. )

## ORDER APPROVING JOINT RULE 26(f) REPORT

The Court has reviewed the Joint Rule 26(f) Report (Docket Entry 11) submitted by the parties and approves it without modification.

_____
Joe L. Webster
United States Magistrate Judge

Date: 6/7/18