# EXHIBIT A
## (Proposed to be filed under seal)