IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID ALLEN TRAPP,

    Plaintiff,

v.

LEXISNEXIS RISK SOLUTIONS INC.,

    Defendant.

Case No. 1:18-cv-00099-CCE-JLW

_____

**DEFENDANT'S MOTION TO SEAL**
_____

Defendant, LexisNexis Risk Solutions FL Inc. ("LNRS FL")[1], by counsel, and pursuant to Local Rule 5.4, hereby moves this Court to seal certain portions of Michael Woodberry's deposition transcript attached to its Motion for Protective Order. The reasons in support of this motion are set forth in the accompanying brief, which is incorporated herein by reference.

---

[1] Plaintiff names LexisNexis Risk Solutions Inc. as the defendant in his Complaint. The proper defendant is LexisNexis Risk Solutions FL Inc.

Dated: September 11, 2018　　　　**LEXISNEXIS RISK SOLUTIONS FL INC.**

By: /s/ Julie D. Hoffmeister
Julie D. Hoffmeister
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1448
Facsimile: (804) 697-1339
julie.hoffmeister@troutman.com
LR 83.1(d) Counsel

Ronald Irvin Raether, Jr.
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: (949) 622-2722
Facsimile: (949) 622-2739
Email: ronald.raether@troutmansanders.com
LR 83.1(d) Counsel

D. Kyle Deak
N.C. Bar No. 35799
305 Church at North Hills Street, Suite 1200
Raleigh, North Carolina 27609
Telephone: (919) 835-4133
Facsimile: (919) 829-8725
Kyle.deak@troutman.com
*Counsel for Defendant*

2

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and that notices would be delivered electronically to counsel for the parties.

Susan M. Rotkis
Leonard A. Bennett
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: srotkis@clalegal.com
Email: lenbennett@clalegal.com

Suzanne R. Begnoche
SUZANNE BEGNOCHE, ATTORNEY AT LAW
P.O. BOX 2035
CHAPEL HILL, NC 27515
Telephone: (919) 960-6108
Facsimile: (919) 500-5289
Email: suzanne.begnoche@begnochelaw.com

*Counsel for Plaintiff*

                                         By: /s/ Julie D. Hoffmeister
                                         Julie D. Hoffmeister
                                         TROUTMAN SANDERS LLP
                                         1001 Haxall Point
                                         Richmond, VA 23219
                                         Telephone: (804) 697-1448
                                         Facsimile: (804) 697-1339
                                         julie.hoffmeister@troutman.com
                                         LR 83.1(d) Counsel

36326037